Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 2 | **DATE** | 10/25/2007 |
| **CASE TITLE** | USA vs. Adam Bojda | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Adam Bojda.

Docketing to mail notices.



| | Courtroom Deputy Initials: | AC |
|---|---|---|